# United States District Court
## Western District of North Carolina
### Statesville Division

| | |
|---|---|
| Frederick L. Blue**,** | JUDGMENT IN CASE |
| Plaintiff | 5:24-cv-00260-KDB-SCR |
| vs. | |
| Caldwell Community College<br>Appalachian State University<br>Tim Braswell<br>Cecilia Brown**,** | |
| Defendants. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2025 Order.

Signed: January 7, 2025

Katherine Hord Simon, Clerk
United States District Court